UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2764 (ADM/AJB)

HOWARD GRIFFIN,

Plaintiff,

v.

ERIC D. PAYNE, MPT,
GUILLERMO A. SUAREZ,
Neurologist,
THOMAS CLIFFORD, M.D.,
DAVE EDWARDY, M.D.,
JENNY SMITH, Associate Warden,
and CONSTANCE REESE, Warden,

Defendants.

**ORDER**

The above-captioned matter came on before the undersigned United States Magistrate Judge of the United States District Court for the District of Minnesota pursuant to the Federal Defendants' Motion to Clarify Time For Answering. The Court, being fully advised,

HEREBY ORDERS that:

1. Staff of the Civil Division of the United States Attorney's Office shall notify the office of the undersigned United States Magistrate Judge of the date on which service of the Complaint is made on the United States.

2. The Federal Defendants shall have 60 days from that date to file an answer or other response to Plaintiff's Complaint.

Dated: 4/30/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______