06/01/01 FRI 10:51 FAX 612 340 8800 DORSEY WHITNEY 003

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Howard Griffin,

Plaintiff,

vs.

Eric D. Payne, MPT; Guillermo A. Suarez, Neurologist; Thomas Clifford, M.D.; Dave Edwardy, M.D.; Jenny Smith, Associate Warden; and Constance Reese, Warden,

Defendants.

Civil No. 00-2764 ADM/AJB

**ORDER**

---

The Court has received plaintiff's Motion to Amend Pleading, dated May 22, 2001. No hearing having been scheduled on plaintiff's motion, IT IS HEREBY ORDERED THAT:

Defendants shall have 14 days from the date of this Order to respond to plaintiff's motion. Defendants' opposition papers, if any, shall be served and filed on or before June 15, 2001.

Dated: June 4th, 2001.

ARTHUR J. BOYLAN
Unites States Magistrate Judge

FILED JUN 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK