UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2764 ADM/AJB

| | |
|---|---|
| HOWARD GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>ERIC D. PAYNE, MPT; GUILLERMO A. SUAREZ, Neurologist; THOMAS CLIFFORD, M.D.; DAVE EDWARDY, M.D.; JENNY SMITH, Associate Warden; and CONSTANCE REESE, Warden,<br><br>Defendants. | **ORDER** |

This matter is before the Court on plaintiff's motion to amend his complaint. Plaintiff appears pro se. Mary Trippler, Assistant United States Attorney, appears for the federal defendants, and Mark J. Chasteen, Esq., appears for Dr. Suarez.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff may file and serve an amended complaint in the form of a single document; and

2. The federal defendants on whom service of process was effected shall be required to file a response to plaintiff's amended complaint within 60 days of service of the amended complaint.

Dated: 6/13/01

Arthur J. Boylan
United States Magistrate Judge

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________