**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Howard Griffin, Civil No. 00-2764 ADM/AJB

Plaintiff,

v. **ORDER TO SHOW CAUSE**

Eric D. Payne, Guillermo A. Suarez,
Mayo Clinic, Thomas Clifford, Dave
Edwardy, Jenny Smith, and
Constance Reese,

Defendants.

---

This matter has been filed as a complaint for damages for violation of plaintiff's constitutional rights pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388, 915 S.Ct. 1999 (1971). It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The matter is before the court on motion of government defendants for dismissal pursuant to Fed. R. Civ. P. 12 and 56. The motion and supporting memorandum, filed with the court and served on plaintiff on November 2, 2001, alleges that plaintiff has failed to exhaust administrative remedies, the complaint fails to state a cause of action against several defendants, certain defendants are entitled to immunity, and plaintiff fails to meet specified statutory and case law requirements.

Plaintiff is **HEREBY ORDERED** to respond to the arguments contained in defendants' motion for Rule 12 dismissal and accompanying memorandum and **SHOW CAUSE** why plaintiff's claims should not be dismissed. Failure to so respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a

NOV 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

recommendation of dismissal of plaintiff's claims against the moving defendants in this case.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff shall file and serve a response to the arguments contained in defendant's motion and memorandum before December 5, 2001, showing cause why defendants' motion for dismissal pursuant to Fed. R. Civ. P. 12 and/or summary judgment pursuant to Fed. R. Civ. P. 56 should not be granted. Failure by plaintiff to so respond to this Order will result in a consideration without argument from plaintiff and may result in recommendation of dismissal of plaintiff's claims against the moving defendants.

Dated: 11/13/01

Arthur J. Boylan
United States Magistrate Judge