UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2764 ADM/AJB

HOWARD GRIFFIN,

Plaintiff,

v.

ERIC D. PAYNE; GUILLERMO A. SUAREZ; MAYO CLINIC; THOMAS CLIFFORD; DAVE EDWARDY; JENNY SMITH; and CONSTANCE REESE,

Defendants.

**ORDER**

The Court having considered the Federal Defendant's motion for leave to file a memorandum in support of their dispositive motion in excess of the 35 page limit contained in Local Rule 7.1(c);

IT IS HEREBY ORDERED that the Federal Defendant may file a memorandum in excess of 35 pages but not to exceed 45 pages.

Dated: January 14, 2002

Arthur J. Boylan
United States Magistrate Judge

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK