**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Howard Griffin,

Civil No. 00-2764 ADM/AJB

Plaintiff,

v.

**ORDER**

Eric D. Payne, Guillermo A. Suarez, Mayo Clinic, Thomas Clifford, Dave Edwardy, Jenny Smith, and Constance Reese,

Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 11, 2002, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that the federal defendants' Motion for Dismissal is **granted** [Docket No. 38] and that plaintiff's amended complaint [Docket No. 36] is **dismissed** with respect to defendants Payne, Clifford, Edwardy, Smith, and Reese for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e(a) and failure to submit an affidavit of expert review as necessary to proceed on medical malpractice claims pursuant to Minn. Stat. §145.682. It is **FURTHER ORDERED** that claims against all federal defendants in their official capacities are **dismissed** and that claims for damages based upon mental and emotional anguish, as well as punitive damages claims are **dismissed**. Dismissal is without prejudice to the plaintiff's right to seek administrative review relating to his constitutional claims and is with prejudice with respect to malpractice claims, official capacity claims, and emotional distress and punitive damages claims.

Dated: April 30, 2002

Ann D. Montgomery
United States District Court Judge

FILED APR
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2002
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

- ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.