**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Howard Griffin,

Civil No. 00-2764 ADM/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Eric D. Payne, Guillermo A. Suarez, Mayo Clinic, Thomas Clifford, Dave Edwardy, Jenny Smith, and Constance Reese,

Defendants.

---

This matter has been filed as a complaint for damages for violation of plaintiff's constitutional rights pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388, 915 S.Ct. 1999 (1971). It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. A report and recommendation to grant a motion to dismiss by federal defendants Payne, Clifford, Edwardy, Reese, and Smith was issued on April 11, 2002, and an Order by the District Court dismissing the action against those defendants was issued on April 30, 2002. Defendants Guillermo A. Suarez, M.D., and Mayo Clinic Rochester submitted a joint answer to the amended complaint and the case remains pending with respect Dr. Suarez and Mayo Clinic.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

MAY 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. The period during which the parties may conduct further discovery shall terminate on July 1, 2002. Disputes with regard to discovery shall be called immediately to the court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

2. All other nondispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to July 1, 2002. All nondispositive motions shall be filed and served in compliance with Local Rule 7.1(a). No discovery motion shall be considered unless the moving party files with the motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2. All nondispositive motions will be considered on the papers submitted without a hearing unless the court determines there is a specific need to hold such a hearing;

3. All dispositive motions shall be filed and served prior to August 1, 2002. All dispositive motions shall be filed and served in compliance with Local Rule 7.1(b). Dispositive motions will be considered on the papers without oral argument unless the court determines there is a specific need to hold such a hearing;

4. This case shall be considered ready for trial on and after September 1, 2002.

Dated: May 7, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge