UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOWARD GRIFFIN,

Plaintiff,

v.

ERIC D. PAYNE, ET AL,

Defendants.

ORDER

Civil No. 00-2764(ADM/AJB)

---

On April 11, 2002, Magistrate Judge Boylan issued a Report and Recommendation that this matter be dismissed. Pursuant to Local Rule 72.1(c)(2), and as specified in the Report and Recommendation, a party objecting to the Recommendation was required to do so on or before April 25, 2002. No objections were filed and on April 30, 2002, this Court adopted the Report and Recommendation and the matter was dismissed.

On May 6, 2002, the Court received Plaintiff's Objections to Recommendations and Findings. These Objections were not filed in the time period allotted and the Order of April 30, 2002, dismissing this matter remains in effect.

Dated: May 10, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK