**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Howard Griffin,

Plaintiff,

v.

Eric D. Payne, Guillermo A. Suarez, Mayo Clinic, Thomas Clifford, Dave Edwardy, Jenny Smith, and Constance Reese,

Defendants.

Civil No. 00-2764 ADM/AJB

**ORDER TO SHOW CAUSE AND ORDER ON MOTIONS**

---

This matter was filed as a complaint for damages for violation of plaintiff's constitutional rights pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388, 915 S.Ct. 1999 (1971), and has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. Claims against defendants Payne, Clifford, Edwardy, Smith, and Reese have been dismissed pursuant the Report and Recommendation of the Magistrate Judge dated April 11, 2002, and Orders by the District Court dated April 30, 2002, and May 10, 2002. The Order dismissing claims against the above defendants has been appealed to the Eighth Circuit.

This matter is presently before the court on the motion of defendant's Guillermo Suarez and Mayo Clinic for dismissal of medical malpractice claims against them by summary judgment pursuant to Fed. R. Civ. P. 56. The motion and supporting memorandum, filed with the court and served on plaintiff on July 17, 2002, alleges that plaintiff has failed to comply with



FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Minn. Stat. § 145.682 requirements relating to expert review of medical malpractice claims.

Plaintiff is **HEREBY ORDERED** to respond to the arguments contained in defendants' motion for Rule 56 dismissal and accompanying memorandum and **SHOW CAUSE** why plaintiff's claims should not be dismissed with prejudice. Failure to so respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a recommendation of dismissal of plaintiff's claims against the moving defendants in this case.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff shall file and serve a response to the arguments contained in defendant's motion and memorandum before **August 20, 2002**, showing cause why defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 should not be granted. It is **FURTHER ORDERED** that defendants' motion to stay discovery and settlement conference motions [Docket No. 73] is **granted**. Plaintiff's motion for settlement conference [Docket No. 70] and plaintiff's motion for discovery [Docket No. 71] are hereby **stayed** pending resolution of this motion. Defendants motion to deny stay of discovery and settlement conference [Docket No. 74] is **denied**.

Dated: July 22, 2002

Arthur J. Boylan
United States Magistrate Judge