**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Howard Griffin,

Plaintiff,

v.

Eric D. Payne, Guillermo A. Suarez, Thomas Clifford, Dave Edwardy, Jenny Smith, and Constance Reese,

Defendants.

Civil No. 00-2764 ADM/AJB

**ORDER ON MOTION FOR EXTENSION OF TIME AND MOTION FOR JURY TRIAL**

This matter is before the Magistrate Judge on plaintiff's Motion to Expand Time and to Allow Him to Amend the Expert Requirement [Docket No. 79]. A Motion for Jury Trial [Docket No. 44] is also before the Court. Claims against several defendants have been dismissed, leaving claims against defendants Suarez and Mayo Clinic pending in District Court. Defendants Suarez and Mayo Clinic have moved for summary judgment and an Order to Show Cause was issued, granting plaintiff until August 20, 2002, to respond. Plaintiff now requests an additional 30 in which to respond to the summary judgment and to obtain a signed affidavit by an expert willing to testify on his behalf. The Court has previously granted plaintiff an extension of time to submit an affidavit of expert review as required under Minn. Stat. §145.682, Subd. 2.

Based upon review of the file and pertinent pleadings, **IT IS HEREBY ORDERED** that plaintiff's Motion to Expand Time and to Allow Him to Amend the Expert Requirement is **granted** as provided herein [Docket No. 79]. Plaintiff shall have 30 days



AUG 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

commencing August 20, 2001, to submit his response to defendants' motion for summary judgment. Plaintiff's response shall be filed with the Court on or before **September 20, 2002**. Defendants shall thereafter have until **September 30, 2002**, in which to submit a reply to plaintiff's submissions. Plaintiff may include an expert affidavit along with his submission, however, the grant of additional time shall not be construed as an extension of applicable statutory time limits with respect to expert affidavits and the sufficiency and timeliness of a purported affidavit of expert review will be considered in the context of the summary judgment motion. As stated in the previous Order granting an extension of time, plaintiff has had ample time since release from incarceration in which to consult with a physician regarding medical malpractice issues in this case. There will be no further extensions of time for submitting motion responses or supporting documents.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Jury Trial is **granted** as provided herein [Docket No. 44]. In the event this matter survives summary judgment motions, plaintiff shall not be denied a jury trial solely on the ground that he failed to make a timely request for jury trial.

Dated: 8/26/02

Arthur J. Boylan
United States Magistrate Judge