UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOWARD GRIFFIN,

Plaintiff,

v.

ERIC D. PAYNE, GUILLERMO A. SUAREZ, MAYO CLINIC, THOMAS CLIFFORD, DAVE EDWARDY, JENNY SMITH and CONSTANCE REESE,

Defendant.

Civil No. 00-2764(ADM/AJB)

ORDER ON SUAREZ AND MAYO CLINIC MOTION FOR SUMMARY JUDGMENT

Based upon he Report and Recommendation by United Stats Magistrate Judge Arthur J. Boylan dated October 30, 2002, with all the files and records, and no objections having been filed to said Recommendation IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Suspend Proceedings is DENIED (docket no. 81);

2. The Motion for Summary Judgment by defendants Guillermo A. Suarez and Mayo Clinic is GRANTED (docket no. 75);

3. Plaintiff's Amended Complaint (docket no. 36) is DISMISSED with prejudice for failure to submit an affidavit of expert review as necessary to proceed on medical malpractice claims, Minn. Stat. §145.682; and

4. That claims against Defendants Suarez and Mayo Clinic alleging infliction of mental and emotional anguish, Eighth Amendment violations, and conspiracy, as well as claims for punitive damages, are DISMISSED with prejudice.

Dated: November 21, 2002

ANN D. MONTGOMERY, JUDGE
UNITED STATES DISTRICT COURT

FILED
RICHARD D. SLETTEN NOV 21
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.