# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Howard Griffin

Case No. Civil 00-2764 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Eric D. Payne, Guillermo A. Suarez, Mayo Clinic, Thomas Clifford, Dave Edwardy, Jenny smith and Constance Reese

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

1. Plaintiff's motion to suspend these proceedings is GRANTED.

2. The motion for summary judgment by defendants Guillermo A. Suarez and Mayo Clinic is GRANTED.

3. Plaintiff's Amended Complaint is DISMISSED with prejudice for failure to submit an affidavit of expert review as necessary to proceed on medical malpractice claims, MN Stat 145.682; and

4. Claims against Defendants Suarez and Mayo Clinic alleging infliction of mental and emotional anguish, 8th Amendment violations and conspiracy as well as claims for punitive damages are dismissed with prejudice.

DATE: November 21, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk